## Lizzie Baskes, Plaintiff in Error, v. Evening American Publishing Company, Defendant in Error.

### Gen. No. 22,459.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN R. NEW-COMER, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed December 18, 1916. Rehearing denied December 29, 1916.

### Statement of the Case.

Action by Lizzie Baskes, plaintiff, against the Evening American Publishing Company, defendant, to recover damages for personal injuries inflicted June 19, 1913, the action was commenced July 28, 1914, against the Illinois Publishing Company, Chicago American and Chicago Examiner. Only the first-named defendant was served with process. On January 14, 1916, the Evening American Publishing Company was made a party defendant and summons was served upon it January 26, 1916. On March 4, 1916, the action was dismissed as to defendants Illinois Publishing Company and Chicago Examiner. From a judgment for defendant, plaintiff brings error.

JACOB LEVY, for plaintiff in error; JOSIAH BURNHAM, of counsel.

ROY D. KEEHN, for defendant in error.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

LIMITATION OF ACTIONS—*when action against corporation sued under trade name is barred.* Where a corporation is known by a certain name under which it trades and it is made defendant in a suit

Kelly v. Chicago City Ry. Co., 202 Ill. App. 239.

under such name, and service of summons is not made on the corporation under its correct name until after the statute of limitations had run, the action is barred, and it is immaterial as to what was the intention of the plaintiff.

---

**Sarah J. Kelly, Plaintiff in Error, v. Chicago City Railway Company, Defendant in Error.**

**Gen. No. 22,495.     (Not to be reported in full.)**

Error to the Municipal Court, of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed December 18, 1916.

### Statement of the Case.

Action by Sarah J. Kelly, plaintiff, against the Chicago City Railway Company, defendant, for damages for personal injuries alleged to be due to the sudden starting of defendant's street car while plaintiff was attempting to alight therefrom. From a judgment for defendant, plaintiff brings error.

JOSEPH H. LAWLER, for plaintiff in error.

WARREN D. BARTHOLOMEW and FRANK L. KRIETE, for defendant in error; W. W. GURLEY and J. R. GUILLIAMS, of counsel.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. NEW TRIAL—*when refusal to grant motion for is not error.* In a trial before the court without a jury, error cannot be assigned on